**Entered on Docket**
**January 26, 2010**

*Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-77876

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-30866-bam |
| Dora Avras | Date: 12/22/09<br>Time: 1:30 pm |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 4225 Telstar Court, North Las Vegas, NV 89032, and legally described as follows:

Lot 136 in Block 4 of Northstar Estates - Unit 1, as shown by map thereof on file in Book 119 of Plats, Page 29, in the Office of the County Recorder of Clark County, Nevada and amended by Certificate of Amendment recorded July 27,2005 in Book 20050727 as Document No. 02734.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

2    **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

3    **give Debtor at least five business days' notice of the time, place and date of sale.**

4                    DATED this _____ day of _____2010.

5    Submitted by:

6    **WILDE & ASSOCIATES**

7    By:___/s/Gregory L. Wilde, Esq_____
     **Gregory L. Wilde, Esq.**
8    Attorney for Secured Creditor
     208 South Jones Boulevard
9    Las Vegas, Nevada 89107

10   APPROVED / DISAPPROVED

11
     By:_____
12   Randolph Goldberg
     4000 S. Eastern Ave., #200
13   Las Vegas, NV 89119
     Attorney for Debtor(s)
14
15   Nevada Bar No:_____

16
17   APPROVED / DISAPPROVED

18   By:_____
     Timothy S. Cory
19   8831 West Sahara Ave.
     Las Vegas, NV  89117
20   Chapter 7 Trustee

21

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.

\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor